UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMI APRIL MUSIC INC. and EMI BLACKWOOD MUSIC INC., <br><br> Plaintiffs, <br><br> - against - <br><br> KANYE WEST, an individual, and WEST BRANDS, LLC, a Delaware limited liability corporation, individually and d/b/a YE WORLD PUBLISHING and PLEASE GIMME MY PUBLISHING, <br><br> Defendants. | 19 Civ. 02127 (VEC) <br><br> ECF Case |

**DECLARATION OF ROBERT A. JACOBS IN SUPPORT
OF MEMORANDUM OF LAW OF PLAINTIFFS EMI APRIL MUSIC
INC. AND EMI BLACKWOOD MUSIC INC. IN OPPOSITION TO
MOTION TO DISMISS, TRANSFER, OR STAY THE COMPLAINT**

I, ROBERT A. JACOBS, hereby declare under 28 U.S.C. § 1746 as follows:

1. I am a partner at Manatt, Phelps & Phillips, LLP, attorneys for Plaintiffs EMI April Music Inc. and EMI Blackwood Music Inc. (collectively, "EMI"). I submit this declaration in support of EMI's memorandum of law in opposition to Defendants Kanye West's and West Brands, LLC's ("WB"), individually and d/b/a Ye World Publishing ("Ye World") and Please Gimme My Publishing ("Please Gimme") (collectively, "Defendants"), motion to dismiss, transfer, or stay the Complaint ("Motion").

2. Attached hereto as Exhibit A is a true and correct copy of relevant excerpts of the agreement entered into as of October 1, 2003 (the "2003 Agreement") referenced by EMI in the Complaint (Dkt. 1) and by Defendants in the Motion (Mot. 4).

3. Attached hereto as Exhibit B is a true and correct copy of relevant excerpts of the modification of the 2003 Agreement entered into as of January 1, 2004.

4.      Attached hereto as <u>Exhibit C</u> is a true and correct copy of relevant excerpts of the modification of the 2003 Agreement entered into as of May 1, 2005.

5.      Attached hereto as <u>Exhibit D</u> is a true and correct copy of relevant excerpts of the modification of the 2003 Agreement entered into as of October 1, 2006.

6.      Attached hereto as <u>Exhibit E</u> is a true and correct copy of relevant excerpts of the modification of the 2003 Agreement entered into as of November 1, 2009.

7.      Attached hereto as <u>Exhibit F</u> is a true and correct copy of relevant excerpts of the modification of the 2003 Agreement entered into as of November 1, 2011.

8.      Attached hereto as <u>Exhibit G</u> is a true and correct copy of relevant excerpts of the modification of the 2003 Agreement entered into as of February 2012.

9.      Attached hereto as <u>Exhibit H</u> is a true and correct copy of relevant excerpts of the modification of the 2003 Agreement entered into as of November 5, 2014.

10.     Attached hereto as <u>Exhibit I</u> is a true and correct copy of a printout of the current Business Entity Status Information from the New York Secretary of State's website for Please Gimme, which was accessed and printed on February 14, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 22, 2019
Los Angeles, California

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/  Robert A. Jacobs
　　　　　　　　　　　　　　　　　　　　　　　　　　Robert A. Jacobs