UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2019
```

EMI APRIL MUSIC INC. and EMI BLACKWOOD MUSIC INC.,

    Plaintiffs,

v.

KANYE WEST, an individual, and WEST BRANDS, LLC, a Delaware limited liability corporation, individually and d/b/a YE WORLD PUBLISHING and PLEASE GIMME MY PUBLISHING

    Defendants.

Case No. 1:19-cv-02127 (VEC)

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, and pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, that the law firm of Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. hereby is substituted in the place of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP as counsel of record for Defendants Kanye West and West Brands, LLC in the above-captioned action.

    A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter should be served upon the following incoming counsel:

    Ekwan E. Rhow (erhow@birdmarella.com) (*pro hac vice forthcoming*)
    Grace W. Kang  (gkang@birdmarella.com)
    BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS,
    LINCENBERG & RHOW, P.C.
    1875 Century Park East, 23rd Floor
    Los Angeles, California  90067
    Tel:  (310) 201-2100
    Fax:  (310) 201-2110

Dated:  September 3, 2019

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C. |
|---|---|
| By: _/s/ John B. Quinn_____<br>John B. Quinn<br>johnquinn@quinnemanuel.com<br>Crystal Nix-Hines<br>crystalnixhines@quinnemanuel.com<br>Kimbery E. Carson<br>kimberlycarson@quinnemanuel.com<br><br>51 Madison Avenue, 22nd Floor<br>New York, New York  10010<br>Tel:  (212) 849-7000<br>Fax:  (212) 849-7100<br><br>Robert M. Schwartz<br>robertschwartz@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017<br>Tel:  (213) 443-3000<br>Fax: (213) 443-3100<br><br>*Outgoing Attorneys for Defendants Kanye West and West Brands, LLC* | By: _/s/ Grace Kang_____<br>Grace W. Kang<br>gkang@birdmarella.com<br>Ekwan E. Rhow (*pro hac vice forthcoming*)<br>erhow@birdmarella.com<br><br>1875 Century Park East, 23rd Floor<br>Los Angeles, California  90067<br>Tel:  (310) 201-2100<br>Fax: (310) 201-2110<br><br>*Incoming Attorneys for Defendants Kanye West and West Brands, LLC* |

**SO ORDERED:**

Date: ___9/9/2019_____
      New York, New York

_____/s/ Valerie Caproni_____
VALERIE CAPRONI
United States District Judge