

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone (310) 201-2100
Facsimile (310) 201-2110
www.BirdMarella.com

File 4769.5

September 25, 2019

**Via ECF**

The Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

    Re:   *EMI April Music Inc., et al. v. West, et al.,* Case No. 1:19-cv-02127-VEC

Dear Judge Caproni:

    The undersigned counsel represent Plaintiffs EMI April Music Inc. and EMI Blackwood Music Inc. ("Plaintiffs") and Defendants Kanye West and West Brands, LLC ("Defendants") (collectively, the "Parties") in the above-captioned action.

    Pursuant to this Court's August 27, 2019 Order (Dkt. 43), the Parties jointly submit this letter notifying the Court as follows:

    The Parties have reached an agreement in principle to settle the above-captioned action, as well as the related action pending in the Central District of California, *Please Gimme My Publishing, et al. v. EMI April Music Inc., et al.,* No. 2:19-CV-01527-DMG (FFMx) (the "California Action").

    On September 23, 2019, the Parties filed a Notice of Settlement in the California Action. Attached hereto as **Exhibit A** is a copy of the Notice of Settlement. The California Court had not yet issued rulings on the pending Motion to Transfer or Motion to Remand when the Notice of Settlement was filed. On September 24, 2019, the California Court issued an Order placing the California Action in inactive status in light of the Parties' Notice of Settlement. Attached hereto as **Exhibit B** is a copy of the California Court's September 24, 2019 Order.

Hon. Valerie E. Caproni
September 25, 2019
Page 2

      The Parties expect to draft and finalize a settlement agreement within ninety (90) days. Accordingly, the Parties respectfully request that all deadlines and hearing dates be vacated.

      Respectfully submitted,

      MANATT, PHELPS & PHILLIPS, LLP

      By:   */s/ Robert A. Jacobs*
            Robert A. Jacobs
            Prana A. Topper

      Attorneys for Plaintiffs EMI April Music Inc. and EMI Blackwood Music Inc.

      BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

      By:   */s/ Grace W. Kang*
            Ekwan E. Rhow (*pro hac vice*)
            Grace W. Kang

      Attorneys for Defendants Kanye West and West Brands, LLC

# EXHIBIT A

Ekwan E. Rhow - State Bar No. 174604
 erhow@birdmarella.com
Grace W. Kang - State Bar No. 271260
 gkang@birdmarella.com
BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Plaintiffs Please Gimme My Publishing, Inc., West Brands, LLC, Kanye West, and Ye World Publishing, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLEASE GIMME MY PUBLISHING, INC., a New York corporation; WEST BRANDS, LLC, a Delaware limited liability corporation; KANYE WEST, an individual; and YE WORLD PUBLISHING, INC., a Delaware corporation, also doing business as YE WORLD MUSIC,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>EMI APRIL MUSIC, INC., a Connecticut corporation; EMI BLACKWOOD MUSIC, INC., a Connecticut corporation; and DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:19-cv-01527 DMG (FFMx)<br><br>**NOTICE OF SETTLEMENT PURSUANT TO L.R. 16-15.7** |

PLEASE TAKE NOTICE that Plaintiffs Please Gimme My Publishing, Inc., West Brands, LLC, Kanye West, and Ye World Publishing, Inc. (the "Plaintiffs") and Defendants EMI April Music, Inc. and EMI Blackwood Music, Inc. (the "Defendants") (collectively, the "Parties") have reached an agreement in principle to settle the above-captioned action in its entirety. The Parties expect to draft and finalize a settlement agreement within ninety (90) days.

WHEREFORE, the Parties respectfully request that all deadlines, hearing dates, and the trial date be vacated.

DATED: September 23, 2019

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

By: */s/ Grace W. Kang*
Ekwan E. Rhow
Grace W. Kang

Attorneys for Plaintiffs Please Gimme My Publishing, Inc., West Brands, LLC, Kanye West, and Ye World Publishing, Inc.

DATED: September 23, 2019

MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Robert A. Jacobs*
Robert A. Jacobs
Maura K. Gierl
Molly K. Wyler

Attorneys for Defendants EMI April Music, Inc. and EMI Blackwood Music, Inc.

NOTICE OF SETTLEMENT

## ECF ATTESTATION

I, Grace W. Kang, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing in accordance with Civil Local Rule 5-4.3.4(a)(2)(i).

　　　　　　　　　　　　　　　_____/s/ Grace W. Kang_____
　　　　　　　　　　　　　　　　　　Grace W. Kang

# Notices

[2:19-cv-01527-DMG-FFM Please Gimme My Publishing, et al v. EMI April Music, Inc., et al](#)

ACCO,(FFMx),DISCOVERY,**MJDAP_OUT**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Kang, Grace on 9/23/2019 at 2:15 PM PDT and filed on 9/23/2019

| | |
|---|---|
| **Case Name:** | Please Gimme My Publishing, et al v. EMI April Music, Inc., et al |
| **Case Number:** | [2:19-cv-01527-DMG-FFM](#) |
| **Filer:** | Please Gimme My Publishing, Inc. |
| | Kanye West |
| | West Brands, LLC |
| | Ye World Publishing, Inc. |

**Document Number:** [38](#)

**Docket Text:**
NOTICE of Settlement filed by Plaintiffs Please Gimme My Publishing, Inc., Kanye West, West Brands, LLC, Ye World Publishing, Inc.. (Kang, Grace)

**2:19-cv-01527-DMG-FFM Notice has been electronically mailed to:**

Ekwan E Rhow   erhow@birdmarella.com, brl@birdmarella.com, docket@birdmarella.com, eer@birdmarella.com

Grace W Kang   gkang@birdmarella.com, docket@birdmarella.com, jle@birdmarella.com

Maura Kingseed Gierl   mgierl@manatt.com, vtejeda@manatt.com

Molly Kate Wyler   mwyler@manatt.com, vtejeda@manatt.com

Robert A Jacobs   rjacobs@manatt.com, enash@manatt.com

**2:19-cv-01527-DMG-FFM Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Notice of Settlement.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=9/23/2019] [FileNumber=28455237-0
] [0e0d43636be0b189edce9e8e593f753ef820bd8c942b0b0d8aa55d4a640a199e8c3
21bdf62b74926cb9271ea98ee77d98c4200d8d6fb45c8cb77ee2211927f89]]

# EXHIBIT B

UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
CIVIL MINUTES—GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 19-1527-DMG (FFMx)** | Date September 24, 2019 |
| Title *Please Gimme My Publishing, et al. v. EMI April Music, Inc., et al.* | Page 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER AND NOTICE TO ALL PARTIES**

In light of the parties' notice of settlement, indicating that the case has settled in its entirety and that the parties are finalizing their written settlement agreement, this action is placed in inactive status. By December 30, 2019, the parties shall file either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of December 31, 2019.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Defendants' Motion to Transfer for Convenience under 28 U.S.C. § 1404(a), or, in the Alternative, to Dismiss under Fed. R. Civ. P. 12(b)(6) [Doc. # 10] and Plaintiffs' Motion to Remand Improperly Removed Action to State Court [Doc. # 28] are hereby DENIED as moot.

IT IS SO ORDERED.

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on September 25, 2019, I caused a true and correct copy of the foregoing Joint Status Letter to be electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to counsel for all parties.

DATED:  September 25, 2019

By: _____*/s/  Grace W. Kang*_____
           Grace W. Kang