**manatt**   **MEMO ENDORSED**

Robert A. Jacobs
Manatt, Phelps & Phillips, LLP
Direct Dial: (310) 312-4360
E-mail: rjacobs@manatt.com

December 30, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2019

**ELECTRONICALLY FILED ON ECF**

Hon. Valerie E. Caproni
U.S. District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

      Re:    *EMI April Music Inc. v. West*, Case No. 1:19-cv-02127-VEC

Dear Judge Caproni:

    We represent plaintiffs EMI April Music Inc. and EMI Blackwood Music Inc. in the above-referenced action, and write with the consent and on behalf of all parties in this action to request a brief one-week extension – from January 6, 2020 to January 13, 2020 – of the deadline by which the parties must submit a letter to this Court detailing the status of settlement negotiations and the status of the U.S. District Court for the Central District of California action titled *Please Gimme My Publishing v. EMI April Music Inc.*, C.D. Cal. Case No. 19-cv-1527. (Dkt. 57)  The parties respectfully request this brief extension of time based on the intervening holiday and the resulting limited availability of important party representatives who are knowledgeable regarding the status of settlement and related issues.  This is the first time the parties have requested an extension of this deadline.  The parties do not anticipate making further requests to extend this deadline.

    If the Court approves of this request, we respectfully request that it "So Order" this letter. We thank the Court for its consideration of this matter.

                                Respectfully submitted,

                                */s/ Robert A. Jacobs*

                              Robert A. Jacobs

cc:  All counsel of record (via ECF)

Application GRANTED.

SO ORDERED.

*[signature]*   12/30/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

11355 West Olympic Boulevard, Los Angeles, California  90064-1614  Telephone: 310.312.4000  Fax: 310.312.4224

Albany | Boston | Chicago | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.