# manatt

**Robert A. Jacobs**
Manatt, Phelps & Phillips, LLP
Direct Dial: (310) 312-4360
E-mail: rjacobs@manatt.com

January 13, 2020

**ELECTRONICALLY FILED ON ECF**

Hon. Valerie E. Caproni
U.S. District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

   Re: *EMI April Music Inc. v. West*, Case No. 1:19-cv-02127-VEC

Dear Judge Caproni:

  We represent plaintiffs EMI April Music Inc. and EMI Blackwood Music Inc. in the above-referenced action, and write on behalf of all Parties in this action in response to the Court's Order directing the Parties to report on the status of settlement negotiations and the U.S. District Court for the Central District of California action titled *Please Gimme My Publishing, et al. v. EMI April Music Inc., et al.*, C.D. Cal. Case No. 19-cv-1527 (the "California Action"). (Dkt. 57)

  As the Court will recall, on September 23, 2019, the Parties filed a Notice of Settlement in the California Action. (Dkt. 50) On December 31, 2019, the Parties filed a Motion to Extend the Deadlines Set Forth in the Court's September 24, 2019 Order (Dkt. 39), or, In the Alternative, to Reopen Case (the "Motion"), in order to allow the Parties to finalize a settlement agreement. Attached hereto as **Exhibit A** is a copy of the Parties' Motion in the California Action. On January 2, 2020, the Court granted the Parties' Motion and extended all deadlines set forth in the Court's September 24, 2019 Order to February 15, 2020. Attached hereto as **Exhibit B** is a copy of the Court's January 2, 2020 Order.

  The Parties are very close to finalizing a settlement agreement and expect to have a final settlement agreement by February 15, 2020.

            Respectfully submitted,

            */s/ Robert A. Jacobs*

            Robert A. Jacobs

cc: All counsel of record (via ECF)

11355 West Olympic Boulevard, Los Angeles, California 90064-1614   Telephone: 310.312.4000   Fax: 310.312.4224

Albany | Boston | Chicago | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.

# EXHIBIT A

Ekwan E. Rhow - State Bar No. 174604
  erhow@birdmarella.com
Grace W. Kang - State Bar No. 271260
  gkang@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS, LINCENBERG &
RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Plaintiffs Please Gimme My Publishing, Inc., West Brands, LLC, Kanye West, and Ye World Publishing, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLEASE GIMME MY PUBLISHING, INC., a New York corporation; WEST BRANDS, LLC, a Delaware limited liability corporation; KANYE WEST, an individual; and YE WORLD PUBLISHING, INC., a Delaware corporation, also doing business as YE WORLD MUSIC,<br><br>Plaintiffs,<br><br>vs.<br><br>EMI APRIL MUSIC, INC., a Connecticut corporation; EMI BLACKWOOD MUSIC, INC., a Connecticut corporation; and DOES 1-10,<br><br>Defendants. | Case No. 2:19-cv-01527 DMG (FFMx)<br><br>**MOTION TO EXTEND THE DEADLINES SET FORTH IN THE COURT'S SEPTEMBER 24, 2019 ORDER (DKT. 39) BY 45 DAYS, OR, IN THE ALTERNATIVE, TO REOPEN CASE** |

3624147.1

Plaintiffs Please Gimme My Publishing, Inc., West Brands, LLC, Kanye West, and Ye World Publishing, Inc. (the "Plaintiffs") and Defendants EMI April Music Inc. and EMI Blackwood Music Inc. (the "Defendants") (collectively, the "Parties") respectfully move the Court to extend the deadlines set forth in the Court's September 24, 2019 Order (Dkt. 39), or, in the alternative, should the Court decline to extend such deadlines, to reopen the case.

On September 23, 2019, the Parties filed a Notice of Settlement, notifying the Court that the Parties had reached a settlement in principle to settle the action in its entirety.

On September 24, 2019, the Court issued an order, stating: "By December 30, 2019, the parties shall file either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if settlement has not been consummated." (Dkt. 39) (hereinafter, the "September 24th Order").

Since the Notice of Settlement was filed, the Parties have been diligently working to prepare a settlement agreement and to resolve issues related to the settlement agreement.

The Parties are very close to finalizing a settlement agreement but require additional time to reach agreement on final language and to execute the settlement agreement. The Parties expect to have a final settlement agreement within forty-five (45) days.

Therefore, the Parties respectfully request that all deadlines set forth in the Court's September 24th Order be extended by forty-five (45) days to allow the Parties to finalize the settlement agreement, or, in the alternative, should the Court decline to extend such deadlines, to reopen the case pursuant to the Court's September 24th Order.

3624147.1

1

MOTION TO EXTEND THE DEADLINES SET FORTH IN THE COURT'S SEPTEMBER 24, 2019 ORDER, OR, IN THE ALTERNATIVE, TO REOPEN CASE

| | | |
|---|---|---|
| DATED: December 30, 2019 | | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C. |
| | By: | /s/ *Grace W. Kang* |
| | | Ekwan E. Rhow |
| | | Grace W. Kang |
| | | Attorneys for Plaintiffs Please Gimme My Publishing, Inc., West Brands, LLC, Kanye West, and Ye World Publishing, Inc. |
| DATED: December 30, 2019 | | MANATT, PHELPS & PHILLIPS, LLP |
| | By: | /s/ *Robert A. Jacobs* |
| | | Robert A. Jacobs |
| | | Maura K. Gierl |
| | | Molly K. Wyler |
| | | Attorneys for Defendants EMI April Music Inc. and EMI Blackwood Music Inc. |

3624147.1

2

MOTION TO EXTEND THE DEADLINES SET FORTH IN THE COURT'S SEPTEMBER 24, 2019 ORDER, OR, IN THE ALTERNATIVE, TO REOPEN CASE

# ECF ATTESTATION

I, Grace W. Kang, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing in accordance with Civil Local Rule 5-4.3.4(a)(2)(i).

                                                      /s/ Grace W. Kang
                                                         Grace W. Kang

# EXHIBIT B

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLEASE GIMME MY PUBLISHING, INC., a New York corporation; WEST BRANDS, LLC, a Delaware limited liability corporation; KANYE WEST, an individual; and YE WORLD PUBLISHING, INC., a Delaware corporation, also doing business as YE WORLD MUSIC,<br><br>Plaintiffs,<br><br>vs.<br><br>EMI APRIL MUSIC, INC., a Connecticut corporation; EMI BLACKWOOD MUSIC, INC., a Connecticut corporation; and DOES 1-10,<br><br>Defendants. | Case No.: CV 19-1527-DMG (FFMx)<br><br>**ORDER GRANTING MOTION TO EXTEND THE DEADLINES SET FORTH IN THE COURT'S SEPTEMBER 24, 2019 ORDER [Doc. # 39] [40]** |

The Court, having read and considered the parties' Motion to Extend the Deadlines Set Forth in the Court's September 24, 2019 Order [Doc. # 39], and for good cause shown, hereby ORDERS as follows:

1. The Motion is GRANTED; and

2. All deadlines set forth in the Court's September 24, 2019 Order are extended to February 15, 2020. Failure to timely comply with the Court's Orders shall result in the dismissal of this action as of February 16, 2020.

**IT IS SO ORDERED.**

DATED: January 2, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE