UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMI APRIL MUSIC INC. and EMI BLACKWOOD MUSIC INC., <br><br> Plaintiffs, <br><br> - against - <br><br> KANYE WEST, an individual, and WEST BRANDS, LLC, a Delaware limited liability corporation, individually and d/b/a YE WORLD PUBLISHING and PLEASE GIMME MY PUBLISHING, <br><br> Defendants. | Civil Action No.: 19 Civ. 02127 (VEC) <br><br> ECF Case <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs EMI April Music Inc. and EMI Blackwood Music Inc., on the one hand, and Defendants Kanye West and West Brands, LLC, individually and d/b/a/ Ye World Publishing and Please Gimme My Publishing, on the other hand, and their respective undersigned counsel, that this action shall be

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its or his own costs and attorneys' fees.

Dated: February 18, 2020

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: _____
Robert A. Jacobs
Prana A. Topper
7 Times Square
New York, NY 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545
E-Mail: rjacobs@manatt.com
E-Mail: ptopper@manatt.com

*Attorneys for EMI April Music Inc. and EMI Blackwood Music Inc.*

*Of Counsel for Plaintiffs*:

Maura K. Gierl
Molly Wyler
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
E-Mail: mgierl@manatt.com
E-Mail: mwyler@manatt.com

*Attorneys for Plaintiffs EMI April Music Inc. and EMI Blackwood Music Inc.*

Respectfully submitted,

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

By: _____
Grace W. Kang
Ekwan E. Rhow
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
E-Mail: gkang@birdmarella.com
E-Mail: erhow@birdmarella.com

*Attorneys for Defendants Kanye West and West Brands, LLC*